New York Central Railroad Company, Appellant, v. City of Chicago, Appellee.

Gen. No. 44,022. 

opinion filed November 19, 1947; released for publication December 24, 1947. Sidney C. Murray, Marvin A. Jersild and Lloyd W. Bowers, for appellant; Joseph F. Grossman, Acting Corporation Counsel, for appellee; L. Louis Karton, Head of Appeals and Review Div. and Adam E. Patterson, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.